UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No. 23-CR-00227-JEB |
| ) | |
| **JEFFREY REED,** ) | |
| ) | |
| *Defendant*  ) | |
| ) | |

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Jeffrey Reed, through undersigned counsel, respectfully moves this Court for an Order modifying conditions of his release. Specifically, he requests the Court remove the curfew requirement from his conditions of release.

Mr. Reed is currently subject to GPS location monitoring and a curfew. Mr. Reed was arrested on June 29, 2023. Doc No. 5. Conditions of release were set on July 13, 2023. Doc No. 11. Mr. Reed's conditions of release include, among other things, GPS location monitoring and a curfew requiring Mr. Reed to remain at his residence from 7:30 pm to 4:00 am each day (*i.e.*, during all non-working and non-commuting hours), unless he obtains advance permission from his Pretrial Services officer. *See* Doc No. 11, Condition 7(p)(i).

Mr. Reed now has complied with his conditions of release for 90 days. As the Pretrial Services Status Report filed last week (Doc. No. 14) confirms, Mr. Reed has had no violations of his conditions of release.

The parties have been in communication about the status of discovery production in this case and intend to present the Court at the next status hearing with a projected timeline for the Government to comply with its discovery obligations. Undersigned counsel anticipates receiving the first round of individual discovery for Mr. Reed's case this week.

In light of Mr. Reed's full compliance with his conditions of release to date, undersigned counsel moves the Court to enter the attached order, removing the curfew as a condition of release.

Counsel has conferred with counsel for the Government, and the Government does not oppose this request.

>Respectfully submitted.
>
>MAUREEN SCOTT FRANCO
>Federal Public Defender
>
>
>_____/s/_____
>CHARLOTTE A. HERRING
>Assistant Federal Public Defender
>Western District of Texas
>504 Lavaca St., Ste. 960
>Austin, Texas 78701
>(512) 916-5025

## CERTIFICATE OF SERVICE

I, Charlotte Anne Herring, Assistant Federal Public Defender for the Western District of Texas, hereby certify that on the 3rd day of October 2023, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/  CHARLOTTE ANNE HERRING