UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY REED<br><br>Defendant. | Case No. 23-CR-00227-JEB |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Jeffrey Reed, by and through his attorney, jointly respectfully move this Court to continue the status conference, which is currently scheduled for March 26, 2024, to the week of May 13, 2024.

The parties jointly request that the Court reschedule the status conference for the week of May 13, 2024, if possible. The parties are available that week except for May 17, 2024. The parties have almost completed a good faith negotiation for a resolution in this case.

WHEREFORE, the parties respectfully request that this Court grant the motion for a continuance, and exclude time in the interests of justice.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:  */s/ Victoria A. Sheets*
VICTORIA A. SHEETS
Assistant United States Attorney
NY Bar No. 5548623
601 D Street NW
District of Columbia, DC 20530
(202) 252-7566

1

victoria.sheets@usdoj.gov

  /s/ *Charlotte A. Herring*
CHARLOTTE A. HERRING
Assistant Federal Public Defender
Western District of Texas
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025

**CERTIFICATE OF SERVICE**

On March 25, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Victoria A. Sheets*
VICTORIA A. SHEETS
Assistant United States Attorney
NY Bar No. 5548623
601 D Street NW
District of Columbia, DC 20530
(202) 252-7566
victoria.sheets@usdoj.gov
