NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                    Criminal Number  1:23-cr-00227-JEB

**JEFFREY REED**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ☐ RETAINED         ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Jesus M. Salinas/Texas 24057366
*(Attorney & Bar ID Number)*

Federal Public Defender
*(Firm Name)*

504 Lavaca Suite 960
*(Street Address)*

Austin, TX 78701
*(City)   (State)   (Zip)*

512-916-5025
*(Telephone Number)*