UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 23-CR-00227-JEB |
| ) | |
| **JEFFREY REED,** ) | |
| ) | |
| *Defendant* ) | |
| ) | |

**UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE**

Jeffrey Reed, through undersigned counsel, respectfully moves this Court for an Order modifying conditions of his release to facilitate his attendance at trial scheduled to begin in Washington DC on September 16, 2024.

Mr. Reed's conditions of release require that he notify his Pretrial Services Officer in advance of all travel outside his home jurisdiction. The conditions of release also placed Mr. Reed on stand-alone GPS location monitoring. Mr. Reed has been on GPS monitoring since his arrest thirteen months ago and he has no violations of his conditions of release.

To attend the trial scheduled in this matter, Mr. Reed must travel from Texas to Washington DC. Undersigned counsel confirmed that Mr. Reed has notified his Pretrial Services Officer in the Western District of Texas of his proposed travel plan to attend his trial. Pretrial Services has advised counsel that temporarily removing the "boundary" restriction on the location monitoring will facilitate Mr. Reed's travel from Texas to Washington DC and his stay in DC for the duration of his trial.

In light of Mr. Reed's need to travel to and from Washington DC to attend his trial, undersigned counsel moves the Court to enter the attached order, temporarily removing the

1

boundary restriction on Mr. Reed's travel from Thursday, September 12, 2024 through Monday, September 23, 2024.

      Counsel has conferred with counsel for the Government, and the Government does not oppose this request.

                                                  Respectfully submitted.

                                                  MAUREEN SCOTT FRANCO
                                                  Federal Public Defender

                                                  _____/s/_____
                                                  CHARLOTTE A. HERRING
                                                  Assistant Federal Public Defender
                                                  Western District of Texas
                                                  504 Lavaca St., Ste. 960
                                                  Austin, Texas 78701
                                                  (512) 916-5025

## CERTIFICATE OF SERVICE

I, Charlotte Anne Herring, Assistant Federal Public Defender for the Western District of Texas, hereby certify that on the 3rd day of September 2024, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

_____
/s/  CHARLOTTE ANNE HERRING