UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY REED,<br><br>Defendant. | Criminal Action No. 23-227 (JEB) |

**ORDER**

Jeffrey Reed was among those who stormed the United States Capitol on January 6, 2021, and he is charged in a five-count indictment for such conduct. See ECF No. 9 (Indictment). With a bench trial set for next week, the parties contest the admissibility of certain evidence under Federal Rule of Evidence 404(b). See ECF Nos. 41 (Def. Reply to 404(b) Notice), 41-1 (Govt. Notice), 45 (Govt. Response). Because none of the proposed testimony relates to other crimes or bad acts, there is no basis to examine it under that Rule. Instead, the questions are whether the evidence is relevant under Rule 401 or substantially more prejudicial than probative under Rule 403. While the Court will leave some of its specific rulings until the context of the trial makes their relevance more apparent, it provides some general guidance here.

First, the Government may introduce limited evidence regarding the structure and organization of the Proud Boys to the extent that it explains Defendant's movements, communications, and planning on January 6. Details of how certain ranks are achieved seems extraneous.

Second, the same parameters apply to evidence regarding Defendant's affiliation with the Three Percenters.

1

2

Third, the Government may introduce evidence about Defendant's knowledge of Enrique Tarrio's circumstances to the extent it is relevant to his planning and preparations for January 6, but the details of his arrests do not appear relevant.

Fourth, general information regarding the December 12, 2020, altercation may be relevant if it relates to Defendant's planning and preparation, but details are likely unnecessary.

Fifth, the same parameters apply to evidence about the November 14 and December 12 election-related rallies.

Sixth, Defendant's attendance at the January 5, 2021, rally is relevant to his state of mind the next day.

Finally, as this is a bench trial, the likelihood of prejudice from the introduction of evidence regarding groups such as the Proud Boys and Three Percenters is likely minimal.

The Court, accordingly, ORDERS that the topics that the Government has proposed in its Rule 404(b) Notice are generally admissible but in more limited detail and scope.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date:  September 11, 2024