UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 23-CR-00227-JEB |
| ) | |
| JEFFREY REED, ) | |
| ) | |
| *Defendant* ) | |
| ) | |

## MOTION TO CONTINUE SENTENCING

Jeffrey Reed, through undersigned counsel, respectfully moves this Court to continue his sentencing hearing, currently set for December 20, 2024, to a date after the presidential inauguration scheduled for January 20, 2025. Mr. Reed seeks this continuance in the interest of justice and to avoid unnecessary waste of government resources.

On September 18, 2024, following a bench trial, the Court found Mr. Reed guilty of four misdemeanor counts and one felony count[1] arising from his presence at the United States Capitol on January 6, 2021. Mr. Reed subsequently filed a Motion for Judgment of Acquittal Notwithstanding the Verdict as to Count One (the felony count). The Court denied Mr. Reed's motion in a written memorandum opinion issued November 15, 2024. ECF No. 62.

Sentencing is scheduled for December 20, 2024.

Former President and President-elect Trump has repeatedly and publicly stated his intention to pardon individuals present at the Capitol on January 6, 2021, when he assumes office on January 20, 2025. Indeed, as recently as yesterday, following President Biden's pardon of his

---

[1] Mr. Reed was convicted of civil disorder in violation of 18 U.S.C. § 231(a)(3); entering and remaining in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(1); disorderly and disruptive conduct in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(2); disorderly conduct in a Capitol building in violation of 40 U.S.C. § 5104(e)(2)(D); and parading, demonstrating or picketing in a Capitol building in violation of 40 U.S.C. § 5101(e)(2)(G).

1

son Hunter Biden, Mr. Trump lamented that pardons have not been issued for "J-6 Hostages" yet.[2] President-elect Trump's promise to pardon J6 participants has been reportedly widely.[3]

Because the Department of Justice's position on the appropriate sentencing outcome in Mr. Reed's case is highly likely to change when the new administration takes office in January 2025, and because the President-elect has consistently expressed an intention to pardon individuals like and potentially including Mr. Reed upon assuming office, Mr. Reed requests this Court continue his sentencing date by 90 days. He submits that such a continuance will allow the U.S. Attorney's office to receive and adopt whatever advocacy position it will be directed to follow under the new administration. Additionally, such a continuance will ensure this Court's resources are not unnecessarily expended on a sentencing hearing and will potentially eliminate any need for re-sentencing or other Court action following January 20, 2025. Finally, continuing the sentencing will save the federal government money, as undersigned counsel's travel arrangements from Texas to Washington D.C. to attend (a potentially unnecessary) sentencing are born by the federal court system.

On November 14, 2024, undersigned counsel reached out via email to counsel for the government to obtain the government's position on the requested continuance and has received no reply.

For all these reasons, Mr. Reed respectfully requests the Court continue his sentencing hearing for ninety (90) days or to a date and time convenient for the Court sometime after January 20, 2025.

---

[2] In a post on TruthSocial, Trump reportedly said, "Does the Pardon given by Joe to Hunter include the J-6 Hostages, who have now been imprisoned for years? Such an abuse and miscarriage of Justice!" *available at* https://economictimes.indiatimes.com/news/international/world-news/donald-trump-calls-presidential-pardon-for-hunter-biden-miscarriage-of-justice/articleshow/115882155.cms?from=mdr

[3] "'Man of his word': Jan 6 rioters expect Trump will keep pardon promise," Matt Wendling, BBC News, Nov. 12, 2024, *available at* https://www.bbc.com/news/articles/cj0jen70m88o

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

_____/s/_____
CHARLOTTE A. HERRING
Assistant Federal Public Defender
Western District of Texas
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025

## CERTIFICATE OF SERVICE

I, Charlotte Anne Herring, Assistant Federal Public Defender for the Western District of Texas, hereby certify that on the 2nd day of December 2024, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

_____
/s/  CHARLOTTE ANNE HERRING