UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:23-CR-000227-JEB |
| v. | |
| **JEFFREY REED,** | |
| **Defendant.** | |

GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant Jeffrey Reed's Motion to Continue, ECF No. 64.

Jeffrey Reed was convicted at trial of five offenses, including felony violation of 18 U.S.C. § 231, Minute Entry (9/18/2024), for his participation in the Capitol Riot on January 6, 2021, including forcefully and violently plowing through barricades and police officers during the initial breach of the Capitol grounds—opening the path for thousands of rioters to storm the Capitol building—and later, violently ripping a barricade from the hands of a police officer—causing the police officer to fall on the ground during a highly volatile situation thus risking the safety of the officer's life—in an attempt to gain access to the Capitol building during the Constitutionally-mandated certification of the electoral college vote; actions that ultimately contributed to interrupting the peaceful transition of power, a hallmark of this country's democracy. After the defendant was convicted of the five offenses, the Court scheduled sentencing for December 20, 2024. *Id.*

Today, on Monday, December 2, 2024, the defense filed the instant motion, requesting a 90-day delay to sentencing. ECF No. 64 (Def. Mot.) at 2. In support of that motion, the defense

cites the president-elect's campaign statements regarding potential pardons, as well as the President's recent pardon of his son. *Id.* The defense also contends that delaying sentencing will save resources and speculates that the Department of Justice's position on "the appropriate sentencing outcome" is "highly likely to change" in January 2025. *Id.* The Court should deny this motion.

First, no material change to the facts or law at issue in this case has occurred since the Court convicted Reed or set the sentencing hearing on December 20, 2024. As it stands on the current facts, unchanged since his conviction, the defendant has been convicted of several federal offenses, including a felony offense, and now must be promptly sentenced. *See* Fed. R. Crim. P. 32 ("The court must impose sentence without unnecessary delay."). And, that the President has issued any pardon—as he is authorized to do—is wholly unrelated to the charges against, or sentencing of, the defendant in this case.

Second, there is a public interest in the prompt and efficient administration of justice. The Government and the Court have endeavored to deliver that interest. The Government disagrees that a continuance is warranted here, and the Court should proceed as it would in any other prosecution post-conviction and proceed promptly to sentencing. Additionally, judges on this Court have routinely rejected similar, unfounded, requests. *See, e.g.*, *United States v. Jaimee Avery*, 24-cr-00079 (CRC), November 6, 2024 Minute Order (denying continuance of sentencing hearing based on claim of potential clemency); *United States v. Nicholas Fuller*, No. 23-cr-209 (CKK), Nov. 6, 2024 Minute Entry (same); *United States v. Waynik*, 23-cr-175 (TJK), November 18, 2024 Minute Order (same); *United States v. Lichnowski*, 23-cr-341 (RBW), November 7, 2024 Minute Order (same); *see also United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion to continue status conference based on claim of potential

clemency); *United States v. Baker*, No. 24-cr-121 (CRC), November 11, 2024 Minute Order (denying motion to continue hearing based on claim of potential clemency); *United States v. Heffner*, No. 24-cr-260 (APM), November 11, 2024 Minute Order (denying motion to stay proceedings based on claim of potential clemency); *United States v. Johnson*, No. 24-cr-141 (JDB), November 13, 2024 Minute Order (denying motion to continue proceedings based on claim of potential clemency).

For the foregoing reasons, the Court should deny the defendant's motion to continue and proceed with the sentencing, as scheduled, for December 20, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By:  */s/ Ashley Akers*
ASHLEY AKERS
Trial Attorney
District of Columbia – Detailee
Missouri Bar No. 69601
601 D Street NW
Washington, DC 20001
(202) 353-0521
Ashley.Akers@usdoj.gov