UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.   )<br>)<br>**JEFFREY REED,** )<br>)<br>*Defendant* )<br>) | Case No. 23-CR-00227-JEB |

### MOTION TO VACATE CONDITIONS OF RELEASE, REMOVE GPS MONITOR, AND RELEASE MR. REED FROM FURTHER PRETRIAL SUPERVISION

Jeffrey Reed, through undersigned counsel, respectfully requests that this Court vacate the Order Setting Conditions of Release entered on July 13, 2023 (ECF No. 11), remove Mr. Reed from further supervision, and authorize Pretrial Services to remove the GPS ankle monitor Mr. Reed has been wearing for eighteen months.

Pursuant to the Executive Order issued by President Donald Trump dated January 20, 2025, Granting Pardons and Communication of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, the United States has moved to vacate Mr. Reed's convictions and to remand the case to this district court for dismissal with prejudice. ***See attached Motion to Vacate Convictions in United States v. Jeffrey Reed, No. 25-3002, filed 1/22/2025.*** The United States's motion is currently pending before the United States Court of Appeals for the District of Columbia Circuit. Mr. Reed expects the unopposed motion to be granted soon.

In the meantime, Mr. Reed remains on a GPS ankle monitor that the Court ordered as part of his conditions of release entered by U.S. Magistrate Judge Faruqui on July 13, 2023. *See* ECF

1

No. 11 and Minute Entry from 7/13/2023. The United States Pretrial Services office is, to date, refusing to remove the ankle monitor without a court directive.

**Mr. Reed respectfully requests this Court vacate the Order Setting Conditions of Release (ECF No. 11) and remove Mr. Reed from further supervision by the U.S. Pretrial Services Department in connection with this case in light of his presidential pardon.**

Counsel has asked trial counsel for the Government for its position but has not received a response.

        Respectfully submitted.

        MAUREEN SCOTT FRANCO
        Federal Public Defender


        _____/s/_____
        CHARLOTTE A. HERRING
        Assistant Federal Public Defender
        Western District of Texas
        504 Lavaca St., Ste. 960
        Austin, Texas 78701
        (512) 916-5025

## CERTIFICATE OF SERVICE

I, Charlotte Anne Herring, Assistant Federal Public Defender for the Western District of Texas, hereby certify that on the 28th day of January 2025, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ CHARLOTTE ANNE HERRING