# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-CR-227(JEB) |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY REED,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO VACATE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response. The government does not oppose Defendant's Motion to Vacate (ECF No. 76).

Respectfully submitted,
EDWARD ROBERT MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

_____/S/_____
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068